**DAVIS GRAHAM & STUBBS**

Sarah Rice Carlson
(303) 892-9400
Sarah.Carlson@dgslaw.com

Dated December 27, 2019

**Via ECF**

The Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Zayo Group, LLC v. Triumph Construction*, Case No. 1:19-cv-10248

Dear Judge Engelmayer,

Zayo Group, LLC ("Zayo"), by and through its counsel, Davis Graham and Stubbs, respectfully requests an adjournment of the Pretrial Conference scheduled for February 7, 2020. Counsel for Zayo, Sarah Rice Carlson and Tess Hand-Bender, have a previously scheduled trial in Denver District Court, Colorado from February 3, 2020 through February 6, 2020. Should the jury deliberate into February 7, 2020, counsel must be present in Denver District Court, and counsel will also require travel time to reach New York following the jury's verdict in that case. As a result, Zayo respectfully requests an adjournment to the following week. Specifically, Zayo requests the dates of February 13, 2020 or February 14, 2020, or another date thereafter that is convenient for the Court.

No prior extensions or adjournments have been sought in this action and no other scheduled dates will be affected if the proposed adjournment is granted. Counsel for Triumph Construction does not oppose the adjournment.

Respectfully submitted,

/s/   Sarah Rice Carlson

Sarah Rice Carlson
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
Phone: (303) 892-9400
Fax: (303) 893-1379
Sarah.Carlson@dgslaw.com

Granted. The initial pretrial conference in this matter is adjourned to February 13, 2020 at 3:00 pm. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER    12/27/19
United States District Judge

Cc: All Counsel of Record (via ECF)