# DAVIS GRAHAM & STUBBS

Sarah Rice Carlson
(303) 892-9400
Sarah.Carlson@dgslaw.com

Dated February 7, 2020

**Via ECF**

The Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Zayo Group, LLC v. Triumph Construction*, Case No. 1:19-cv-10248

Dear Judge Engelmayer,

Zayo Group, LLC ("Zayo"), by and through its counsel, Davis Graham and Stubbs, respectfully requests that Tess Hand-Bender attend by telephone the Pretrial Conference scheduled for February 13, 2020 at 3:00 PM. Local counsel for Zayo, Mr. Jared J. Limbach of Donnely Minter & Kelly, LLC, will be attending in person on behalf of Zayo. Should the request be granted, Zayo respectfully requests the Court's procedure on telephone appearances.

Respectfully submitted,

/s/   Sarah Rice Carlson

Sarah Rice Carlson
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
Phone: (303) 892-9400
Fax: (303) 893-1379
Sarah.Carlson@dgslaw.com

Cc: All Counsel of Record (via ECF)

---

The request is granted. Counsel should provide the Court with a dial-in number by email no later than the day before the conference. Ms. Hand-Bender, whose application for admission Pro Hac Vice the Court has approved, *see* Dkt. 13, is directed to enter an appearance in this matter prior to the conference.
SO ORDERED.

PAUL A. ENGELMAYER   2/7/2020
United States District Judge